

# Fourth Court of Appeals
## San Antonio, Texas

August 4, 2015

No. 04-15-00149-CV

**IN THE INTEREST OF K.L.C., J.K.C., AND L.E.C.,**

From the 216th Judicial District Court, Kerr County, Texas
Trial Court No. 14658B
Honorable Rex Emerson, Judge Presiding

## O R D E R

By opinion and order dated April 29, 2015, this appeal was dismissed for lack of jurisdiction because no final judgment had been entered in the underlying cause. As noted in this court's opinion, this court contacted appellant's appointed attorney ad litem before dismissing the appeal, and the attorney ad litem's response confirmed that no final, appealable judgment had been entered at the time the appeal was dismissed.

On July 28, 2014, appellant filed a motion for extension of time to file a brief. Because the appeal has been dismissed for lack of jurisdiction, appellant's motion also is DISMISSED FOR LACK OF JURISDICTION.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on **this** 4th day of August, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court